**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789 |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791 |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790 |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793 |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792 |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796 |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798 |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800 |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802 |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797 (Lead Case) |
| Debtors. | Chapter 11 – Jointly Administered |
| _____/ | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

SBG Burger Opco, LLC ("**SBG Burger**"), Starboard Group of Space Coast, LLC ("**SBG Space Coast**"); Starboard Group of Southeast Florida, LLC ("**SBG Southeast**"); Starboard Group of Tampa, LLC ("**SBG Tampa**"); Starboard Group of Tampa II, LLC ("**SBG Tampa II**"); Starboard Group of Alabama, LLC ("**SBG Alabama**"); Starboard with Cheese, LLC ("**SBG Cheese**"); 7 S & M Foods, LLC ("**7SMF**"); 9 S&M Foods, LLC ("**9SMF**"); and 10 S&M Foods, LLC ("**10SMF**") (collectively, the "**Debtors**"), by counsel and pursuant to Local Rule 2018-1, file this Chapter 11 Case Management Summary and state as follows:

**A.    Description of the Debtors' Business**

1.    The Debtors have leases for (72) Wendy's restaurants across Florida, Alabama, Illinois, Missouri and Wisconsin. Immediately prior to filing these bankruptcy cases, the Debtors closed nine (9) locations, though the Debtors still possess those leases. Those nine (9) stores collectively accounted for approximately $1.5 million of annual losses (out of approximately $2

million in losses by unprofitable restaurant locations).  The Debtors previously closed two (2) additional locations within the weeks prior to bankruptcy with the consent of Wendy's.  Thus, on the Petition Date there were sixty-one (61) stores remaining.

2. The remaining sixty-one (61) stores are identified on **Exhibit A**, geographic maps of the stores are attached as **Composite Exhibit B** and the nine (9) store closings are identified on **Exhibit C.**

3. The Debtors are parties to several individual franchise agreements for the operation of Wendy's branded restaurants (collectively the "**Franchise Agreements**").  The operations of the Wendy's restaurants are the sole source of revenue for each of the Debtors.  Pursuant to the Franchise Agreements, each of the Debtors is required to remit a percentage of gross sales revenue to Wendy's in exchange for the right to operate a Wendy's branded franchise ("**Royalty Payment**").  The Franchise Agreements also require that the Debtors contribute additional amounts, calculated as a percentage of gross revenue, to assist in funding advertising campaigns promoting Wendy's products (the "**Advertising Contributions**").  The Franchise Agreements further require that the Debtors make certain capital improvements, maintain certain operational and quality standards, and purchase supplies from specified vendors.

4. None of the Debtors own real property, but instead lease the real property on which they operate.

5. The Debtors operate subject to management agreements (collectively, the "**Management Agreements**") with non-debtor affiliate Starboard Group Management Company Incorporated ("**SBG Management**").

6. Pursuant to the Management Agreements, SBG Management provides administrative, supervisory and management services with respect to the operations of the

Wendy's restaurants as well as non-Wendy's restaurants owned by affiliates with proportionate cost sharing.

7. In return, SBG Management earns a management fee percentage based on the gross revenues earned at these locations.

8. Since 2015 Starboard Group Employment Services Inc. ("**SBG Employment**") has provided employment services for all applicable employees. These services include employment and placement of restaurant staff, collection of employee data and maintenance of records, employment eligibility verification, collection of funds from the operating entities and payment of wages, and benefits, management.

9. SBG Employment does not receive any additional fees for the performance of its services.

**B.     Location of the Debtors' Operations**

10. The Debtors operate approximately fourteen (14) stores of their stores near the greater Orlando, Florida area, including those by SBG Space Coast. These Orlando locations are collectively the most profitable in the Debtors' overall portfolio. In addition, the Debtors operate Wendy's stores in Florida (South Florida and Tampa), Alabama, Illinois, Missouri and Wisconsin.

11. The principal and mailing address for the Florida and Alabama Debtors is 12540 W. Atlantic Boulevard, Coral Springs, Florida 33071.[1], [2]

12. The registered agent for the Florida Debtors is Corporate Creations Network Inc. located at 801 US Highway 1, North Palm Beach, Florida 33408.

---

[1] The "**Florida Debtors**" are SBG Space Coast, SBG Southeast, SBG Tampa, SBG Tampa II, SBG Cheese and SBG Burger. The Florida Debtors are incorporated in Florida.
[2] The "**Alabama Debtors**" are SBG Alabama, 7SMF; 9SMF, and 10 SMF. The Alabama Debtors are incorporated in Alabama.

3

13. The registered agents for the Alabama Debtors are (**i**) Corporate Creations Network Inc. located at 4000 Eagle Point Corporate Drive, Birmingham, Alabama 35242 for SBG Alabama and (**ii**) Registered Agent Solutions Inc. located at 2 North Jackson Street, Suite 605, Montgomery, Alabama 36104 for 7SMF, 9SMF and 10SMF.

**C.     Reasons for Filing Chapter 11**

14. The Debtors each filed a voluntary petition on November 14, 2023 (the "**Petition Date**"), under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

15. The quick serve restaurant market, as a whole, makes up around 40% of the total restaurant market. Of these, Wendy's has a collective market share of 2.5%, or approximately 5,994 stores in the United States alone.

16. Wendy's operations were not immune from the macroeconomic impacts that emanated following Covid-19. Wendy's operations on a global level experienced difficulties including disruptions to its supply chain, hyperinflation effecting food, labor, and food delivery costs , and breakfast stagnation and decreased customer levels. Wendy's is not alone in suffering from financial difficulties during this same time period. Burger King and other fast-food retailers across the country have also continued to suffer, and other franchisees and franchisors have closed stores or filed chapter 11 to restructure their operations.[3]

---

[3] See, e.g., "Another Fast Food Operator Files for Bankruptcy") https://www.thestreet.com/restaurants/another-fast-food-operator-files-chapter-11-bankruptcy (Burger King Franchisee) (November 10, 2023); "Fast Food Franchisee Bankruptcies Portend Industrywide Struggles" (Bloomberg),(May 5, 2023).
https://news.bloomberglaw.com/bankruptcy-law/fast-food-franchisee-bankruptcies-portend-industrywide-struggles;
"5 Restaurant Chain Bankruptcies That Are Shaking the Industry in 2023", https://www.eatthis.com/restaurant-bankruptcies-2023/ (June 7, 2023) (referencing Happy Joe's Pizza, Bertucci's Brick Oven Pizza, Burger King, Hardee's, Popeye's, Corner Bakery, and even McDonald's.
*See also In re: NPC International, Inc*. and its jointly administered debtors, Case No. 20-33353 (DRJ), United States Bankruptcy Court, Southern District of Texas, Houston Division (chapter 11 bankruptcy of franchisee of just under 400 Wendy's restaurants, along with another 1,200 Pizza Hut locations).

17. Above and beyond general industry trends, these Debtors had several factors converge necessitating the filings. First, in 2015 Starboard International Holdings B.V. had a 40% interest in a joint venture (along with the Wendy's franchisor at 20% and a local Brazilian partner at 40%) developing the initial Wendy's locations in Brazil.

18. However, the stores had massive losses, in part because they were overly posh, which alienated a portion of the market while simultaneously requiring huge capital investment. This strained the remaining Debtors' management contracts and fees. Second, at the behest of the franchisor, affiliates Starboard Group of Richmond North, LLC and Starboard Group of Richmond South, LLC (collectively, "Starboard Richmond") were sold in 2020. These two operators had attractive, profitable portfolios and their departure meant the remaining locations' share of the aggregate management costs increased with less average profits per remaining location. Third, Wendy's required all stores to extensively remodel, including their bathrooms and in-dining experiences, requiring substantial capital expenditures that have modest or no equivalent returns. The Debtors have paid for and constructed many of these remodels, but many remain.

19. To combat these forces, in December of 2020 SBG Space Coast, SBG Southeast, SBG Tampa, SBG Tampa II, SBG Alabama and Starboard Richmond undertook a Main Street loan facility from City National Bank and received $49,755,000 in loan proceeds. In February of 2021, the Debtors and City National Bank executed an amendment to release Starboard Richmond, the two Virginia companies that were required to sell franchise locations. Beginning in 2022, the Debtors commenced making monthly interest-only payments. These significant payments, in conjunction with depressed sales and increased interest rates, have stressed the Debtors' financial portfolio.

20.     In addition, the Debtors have significant monthly operating expenses including franchise fees and lease payments. As part of the Debtors' bankruptcy cases, in addition to prepetition closures, the Debtors anticipate potentially closing additional underperforming stores, or stores with large remaining remodel obligations to effectively restructure and emerge from bankruptcy.

21.     **Secured Debt and Cash Collateral**[4]

22.     A search of the Florida Secured Transaction Registry reveals the following UCC-1 financing statements:

| Date | Debtor(s) | Creditor | Instrument No. | Extent of Lien |
|---|---|---|---|---|
| 10/19/2012 | SBG Southeast | Fifth Third Bank | 201207741416 | Satisfied |
| 3/13/2015 | SBG Space Coast | Bridge Funding Group, Inc. | 201503262500 | Satisfied |
| 3/13/2015 | SBG Space Coast | Corporation Services Company, as Representative | 201503262616 | Satisfied |
| 3/31/2015 | SBG Cheese | MidCap Funding | 201503369747 | Blanket Lien |
| 6/29/2015 | SBG Cheese | MidCap Funding | 201504259120 | Equipment |
| 7/14/2015 | SBG Cheese | MidCap Funding | 201504404759 | Equipment |
| 12/21/2020 | SBG Space Coast, SBG Southeast, SBG Tampa, SBG Tampa II | City National | 202005667151, 20200566716X 202005667186, 202005667178 | Blanket Lien |

23.     In addition, a search of the Alabama Secretary of State UCC Records reveals the following UCC-1 financing statements:

| Date | Debtor(s) | Creditor | Instrument No. | Extent of Lien |
|---|---|---|---|---|
| 12/26/2012 | SBG Alabama | Fifth Third Bank | 13-0006529 | Satisfied |
| 12/21/2020 | SBG Alabama | City National | 20-0663023 | Blanket Lien |

---

[4] Nothing herein is intended to adjudicate, resolve or determine the nature, amount or interest of any party's security interest or claim as of the Petition Date and all rights are reserved to address such claims and interests throughout the course of this case.

24. SBG Southeast and SBG Alabama believe the obligations to Fifth Third Bank, National Association, as Administrative Agent ("**Fifth Third Bank**") have been satisfied by the Main Street loan, as evidenced by filed termination statements in both Florida and Alabama. The amendments and continuation statements filed thereafter appear to have been in error. Therefore, these Debtors do not believe that Fifth Third Bank has any interest in cash collateral.

25. SBG Space Coast believes the obligations to Bridge Funding Group, Inc. ("**Bridge Funding**") have been satisfied by the Main Street loan, but no termination statement was filed. Therefore, SBG Space Coast does not believe that Bridge Funding has any interest in cash collateral.

26. SBG Space Coast's obligation with Corporation Service Company, as Representative ("**CSC**"), was secured by equipment only.[5] Therefore, Corporation Service Company, as representative, has never had any interest in cash collateral. Furthermore, SBG Space Coast believes this obligation has been satisfied.

27. The obligations concerning MidCap Funding Franchise Finance Trust ("**MidCap Funding**") relate to 2015 loans, later consolidated, in the original aggregate principal amount of $6,400,000 to finance SBG Cheese's acquisition of the Wendy's lease, franchise, and equipment rights to nine locations as well as remodeling funds for several of the sites.

28. MidCap filed its financing statements asserting a blanket lien as well as specific equipment liens.

29. The obligations concerning City National Bank of Florida ("**City National**") relate to a 2020 Main Street Priority Loan Facility in the original principal amount of $49,755,000. This was in the wake of the COVID-19 pandemic and undertaken to stabilize operations.

---

[5] Specifically, NCR Accuview order confirmation boards, vertical toasters with butter rollers and radiant systems POS units.

7

30. City National filed its financing statements asserting a blanket lien.

31. The Debtors believe they owe approximately (i) $2,833,826.02 to MidCap Funding and (ii) $48,806,028.82 to City National.

32. Other than MidCap Funding and City National, the Debtors do not believe any other party has a secured interest. The Debtors intend to use cash collateral to pay operating expenses and costs of administering this chapter 11 case, and they will seek separate authority to do so.

33. On a daily basis the cash holdings of the Debtors are transferred to SBG Holdings. Holdings then distributes funds to Management and Employment and back to the operating entities to fund operational expenses and payroll. Frequently over the last several years, SBG Holdings has had to fund operational losses and payroll from other, non-Wendy's sources and from profitable Wendy's locations to support non-profitable Wendy's locations.

34. The prepetition bank accounts of the Debtors contained approximately $75,000 as of the petition date, as well as approximately $100,000 of pending credit card deposits and other overnight receipts.

**D.     The Debtors' Officers, Directors and Insiders, Including their Salaries at the Time of Filing and During the One Year Prior to Filing**

35. SBG Burger's members are Starboard Group Holdings, LLC ("**SBG Holdings**") who holds a 99.9% interest in that Debtor and, Starboard Group Administrative Services, LLC ("**SBG Administrative**") who holds a 0.1% interest in that Debtor. Both of the members are Florida limited liability companies. SBG Holdings is ultimately owned 80% by Andrew Levy and 20% by his spouse.

36. In turn, SBG Burger owns 100% of SBG Alabama, SBG Tampa, SBG Space Coast and SBG Cheese. And, SBG Burger owns 100% of Starboard Realty of Tampa, LLC who in turn owns 100% of SBG Tampa II.

37. SBG Southeast is owned 100% by Andrew Levy.

38. 7SMF, 9SMF and 10SMF are owned 100% by Starboard S&M JV, LLC. The ultimate beneficial owners of Starboard S&M JV, LLC are Andrew Levy (50%), Samuel G. Rubenstein and Stanley M. Rubenstein (collectively, 50%)

39. The Debtors plan to file a motion to pay affiliate officer salaries for SBG Management and SBG Employment to ensure their continued ability to run the business post-petition.

40. Attached as **Exhibit D** is an organizational chart summarizing the Debtors.

E. **The Debtors' Gross Revenues**

41. The Debtors' net income for the last 4 years are:

| Debtor | 2020 | 2021 | 2022 | 2023 YTD 9/2023 |
|---|---|---|---|---|
| SBG Space Coast | $3,203,607 | $1.340,248 | 1,906,263 | $856,724 |
| SBG Southeast | ($1,826,809) | ($1,061,229) | ($1,133,279) | ($1,666,333) |
| SBG Tampa | $465,515 | ($788,072) | ($672,764) | ($1,134,569) |
| SBG Tampa II | $468,336 | $(26,169) | $25,966 | ($105,543) |
| SBG Alabama | $901,857 | ($754,441) | ($396,055) | ($1,000,230) |
| 7SMF | ($51,061) | $(42,274) | ($61,168) | ($126,364) |
| 9SMF | $115,284 | $158,320 | $73,574 | $12,000 |
| 10SFM | ($39,778) | ($107.857) | ($31,079) | ($53,152) |
| SBG Cheese | ($320,748) | ($604,500) | ($908,756) | ($733,242) |
| SBG Burger | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $2,916,211 | ($1,885,968) | ($1,197,287) | ($3,950,708) |

F. **Amounts Owed to Various Creditors**

42. The Debtors' creditors primarily consist of landlords, franchisor, taxing authorities, utility companies, and trade vendors.

43. The Debtors' aggregate amount of debt is approximated at $54,000,000.

G. **General Description and Approximate Value of the Debtors' Current and Fixed Assets**

44. The Debtors' biggest assets are the franchise and lease agreements it has for the Wendy's locations. The precise value of such assets is substantial, but uncertain. The locations have some owned equipment, but that value, after accounting for sale and moving costs, is negligible in relationship to the outstanding indebtedness of the Debtors.

**H.    Number of Employees and Gross Wages Owed as of the Petition Date**

45. The Debtors have a number of non-affiliate current employees who were owed collectively $1,298,963 (along with $110,412 for payroll taxes) on the Petition Date. The Debtors will also seek authority for the stub period of November 13, 2023. No single employee's prepetition payroll that is sought to be paid exceeds the priority wage cap.

**I.    Status of the Debtors' Payroll and Sales Tax Obligation (if applicable)**

46. The Debtors have outstanding payroll or sales tax obligations.

47. Prepetition, three of the Debtors entered into Stipulation Agreements with the Florida Department of Revenue for sales and use taxes for the periods of April 2023 through August 2023. These are summarized as follows:

| Debtor | Installment Plan # | Tax | Penalty | Interest | Fees | Total |
|---|---|---|---|---|---|---|
| SBG Space Coast | 92439252 | $1,316,593,82 | $136,606.40 | $93,086.47 | $29,635.33 | **$1,575,922.02** |
| SBG Southeast | 924329184 | $476,485.36 | $61,027.57 | $33,460.39 | $13,390.08 | **$584,363.40** |
| SBG Tampa | 924329237 | $513,346.55 | $51,841.05 | $36,111.54 | $11,813.66 | **$613,112.80** |
| Totals | N/A | **$2,306,425.73** | **$249,475.02** | **$162,658.40** | **$54,839.07** | **$2,773,398.22** |

These stipulations call for monthly payments in the aggregate of $193,500 and then a final payment in September of 2024.

**J.    Anticipated Emergency Relief to Be Requested Within the First 14 Days After the Petition Date**

48. To minimize the adverse effects of filing the Petitions, the Debtors prepared and filed, or intend to file, with the assistance of their proposed bankruptcy counsel, motions and

applications as discussed herein, seeking "first day" relief (collectively the "**First Day Motions**"). Through the First Day Motions, the Debtors seek authority from the Court to allow the Debtors to fulfill their duties under the Bankruptcy Code and effectively administer these bankruptcy cases. The Debtors anticipate filing the following on or within the first 14 days following the Petition Date:

    a. Debtor's Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief;

    b. Debtors' Emergency Application to Employ Scott A. Underwood and Underwood Murray, P.A. as Debtors' Counsel Effective as of the Petition Date;

    c. Debtors' Emergency Motion for Authority to (I) Obtain Postpetition Financing, (II) Grant Liens and Superpriority Administrative Expense Claims, (III) Grant Adequate Protection, (IV) Utilize Cash Collateral in Connection Therewith, and (V) Modify the Automatic Stay;

    d. Debtors' Emergency Motion for Authorization to Maintain Existing Bank Accounts and Cash Management Systems;

    e. Debtors' Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits;

    f. Debtors' Emergency Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only;

    g. Debtors' Emergency Motion for Use of Cash Collateral;

    **h.**    Debtors' Emergency Motion to Establish Combined Creditor Matrix and to Establish Notice Procedures;

    **i.**    Debtors' Emergency Motion to Pay Critical Vendors;

    **j.**    Debtors' Motion for Authority to Pay Affiliate Officers' Salary; and,

    **k.**    Debtors' Motion to Determine Adequate Assurance for Payment of Utility Services.

**K.    The Debtors' Goals**

49.    The Debtors' value, and the creditors recovery in this case, is intimately tied to the ongoing operations of the Wendy's restaurants (or at least, in the longer term, the profitable locations). Any period of ceasing operations or other interruption in ongoing business could result in a substantial loss of the Debtors' businesses.

50.    The Debtors seek to preserve the value of the business by working with their franchisor, landlords and secured lenders to effectuate and monetize the profitable locations within their portfolio, thereby maximizing the number of retained employees and the recovery for creditors. The Debtors may have various claims related to its historic operations that it will seek to maximize and resolve for the benefit of their estates.

Dated: November 14, 2023.

                                 Respectfully submitted,
/s/ Scott A. Underwood
Thomas M. Messana
Florida Bar Number 991422
Scott A. Underwood
Florida Bar Number 730041
Daniel E. Etlinger
Florida Bar Number 77420
UNDERWOOD MURRAY, P.A.
100 N Tampa, Ste. 2325
Tampa, FL 33602
(813) 540-8401

Email: tmessana@underwoodmurray.com<br>
sunderwood@underwoodmurray.com<br>
detlinger@underwoodmurray.com<br>
*Proposed Counsel to the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, which was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on November 14, 2023, including the United States Trustee, who is registered to receive electronic notices in this case and also on November 14, 2023 via First Class U.S. Mail to parties on the attached Consolidated List of 20 Largest Unsecured Creditors, which includes the Local Rule 1007-2 parties in interest, and to the following:

Fifth Third Bank, National Association, as Administrative Agent
999 Vanderbilt Beach Road 1Mobbe,
Naples, Florida 34108
(239) 354-5696

Bridge Funding Group, Inc.
215 Schilling Circle, Suite 100
Hunt Valley, Maryland 21030
dmckew@bankunited.com
(800) 928-8537

Corporation Service Company, as Representative
12540 West Atlantic Boulevard
Coral Springs, Florida 33107
(866) 403-5272

MidCap Funding Franchise Finance Trust
c/o MidCap Financial Services, LLC
Attention: Account Manager for Starboard with Cheese Transaction
7255 Woodmont Avenue, Suite 300
Bethesda, Maryland 20814
notices@midcapfinancial.com
legalnotices@midcapfinancial.com
(301) 760-7600

City National Bank of Florida
Attention: Legal Department
100 S.E. 2nd Street, 13th Floor
Miami, Florida 33131
legaldepartment@citynational.com
(305) 448-6500

Office of the United States Trustee
George C Young Federal Building
400 W. Washington Street
Suite 1100
Orlando, FL 32801

                                             /s/ Scott A. Underwood
                                             Scott A. Underwood

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | SBG Burger Opco, LLC, *et al.* | |
| United States Bankruptcy Court for the: | Middle | District of Florida (State) |
| Case number (If known): | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **SYGMA NETWORK**<br>5550 BLAZER PARKWAY<br>DUBLIN, OH 43017 | JIM PROCUNIAR, PRESIDENT<br>P: 877-441-1144<br>F: | Food Vendor | | | | $617,890.01 |
| 2 | **WENDY'S INTERNATIONAL, LLC. ROYALTIES**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchise Royalties | | | | $425,205.31 |
| 3 | **WENDYS NATIONAL ADVERTISING WNAP**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchisor Advertising Charges | | | | $381,199.86 |
| 4 | **WENDY'S INTERNATIONAL, LLC.**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Trade Vendor | | | | $365,595.19 |
| 5 | **BECKER & POLIAKOFF**<br>1 EAST BROWARD BLVD<br>FORT LAUDERDALE, FL 33301 | JON POLENBERG<br>P: 954-987-7550<br>F: 54-985-4176<br>jpolenberg@beckerlawyers.com | Legal | | | | $354,711.40 |
| 6 | **UNITED HEALTHCARE INSURANCE COMPANY**<br>9900 BREN RD E<br>MINNETONKA, MN 55343 | RUPERT BONDY, CHIEF LEGAL OFFICER<br>P: 952-936-1645<br>F: | Insurance | | | | $304,247.87 |
| 7 | **SHUTTS & BOWEN LLP**<br>300 SOUTH ORANGE AVENUE, SUITE 1600<br>ORLANDO, FL 32801 | MARY RUTH HOUSTON<br>P: 407-423-3200<br>F: 407-425-8316<br>mhouston@shutts.com | Legal | | | | $264,515.40 |

Debtor: SBG Burger Opco, LLC, *et al.*                                  Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS**  200 S. BISCAYNE BLVD., 7TH AND 8TH FLOORS  MIAMI, FL 33131 | RICHARD POLLACK  P: 305-379-7000  F: 305-379-8200  rpollack@bpbcpa.com | Consulting | | | | $258,072.41 |
| 9 | **SYNERGI PARTNERS, INC.**  151 W. EVANS ST.  FLORENCE, SC 29501 | ASHLEY HOGSETTE, CHIEF LEGAL OFFICER  P: 843-519-0808  F:  ahogsette@synergipartners.com | Vendor Commissions | | | | $249,966.88 |
| 10 | **JACKSON LEWIS LLP**  390 N. ORANGE AVENUE, SUITE 1285  ORLANDO, FL 32801 | STEPHANIE L. ADLER-PAINDIRIS  P: 407-246-8409  F: 407-246-8441  stephanie.adler-paindiris@jacksonlewis.com | Legal | | | | $191,625.17 |
| 11 | **HILLSBOROUGH COUNTY TAX COLLECTOR**  2506 N. FALKENBURG ROAD  TAMPA, FL 33619 | NANCY C. MILLAN, TAX COLLECTOR  P: 813-635-5200  F:  millan@hillstax.org | Tax | | | | $147,082.44 |
| 12 | **BREVARD COUNTY TAX COLLECTOR**  400 SOUTH STREET, 6TH FLOOR  TITUSVILLE, FL 32780 | LISA CULLEN  P: 321-264-6969  F: 321-264-5149  lisa.cullen@brevardtaxcollector.com | Tax | | | | $144,906.44 |
| 13 | **SOUTHEASTERN FOOD MERCHANDISERS, LP**  201 PARKER DRIVE  PELHAM, AL 35124 | JIM ACOMB, GENERAL MANAGER  P: 205-664-3322  F: 205-664-3321 | Trade Vendor | | | | $131,480.74 |
| 14 | **MCS COMMERCIAL, LLC**  350 HIGHLAND DR STE 100  LEWISVILLE, TX 75067 | ANDREW NOLAN, PRESIDENT  P: 813-387-1100  F:  andrew.nolan@mcs360.com | Landscaping and Plowing | | | | $124,042.84 |
| 15 | **AYDELOTT EQUIPMENT, INC.**  119 COMPARK ROAD  CENTERVILLE, OH 45459 | HERB AYDELOTT  P: 937-435-8220  F: 937-435-1885  herb@aydelott.com | Trade Vendor | | | | $114,070.96 |
| 16 | **LOOMIS ARMORED US, LLC.**  2500 CITYWEST BLVD SUITE 2300  HOUSTON, TX 77042 | BJÖRN ZÜGE, PRESIDENT AND CEO  P: 877-877-0560  F: | Bank and Safe Supplier | | | | $105,810.79 |
| 17 | **NCR CORPORATION**  864 SPRING STREET NW  ATLANTA, GA 30308 | KELLI STERRETT, GENERAL COUNSEL  P:  F: 937-445-1936  kelli.sterrett@ncr.com | Point of Sales Support | | | | $96,411.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor: SBG Burger Opco, LLC, *et al.*                                    Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | **DAVE THOMAS FOUNDATION FOR ADOPTION**  4900 TUTTLE CROSSING BLVD  DUBLIN, OH 43016 | MELINDA HAGGERTY, GENERAL COUNSEL  P: 614-764-8441  F:  info@davethomasfoundation.org | Charity | | | | $94,792.32 |
| 19 | **LIFE SAFETY ENGINEERED SYSTEMS, INC**  60 SONWIL DRIVE  BUFFALO, NY 14225 | ANGEL VEZINA, CEO  P: 800-263-1116  F: 716-656-1511 | Trade Vendor | | | | $94,099.49 |
| 20 | **BP ENVIRONMENTAL SERVICES, INC.**  100 HIGHPOINT DRIVE  CHALFONT, PA 18914 | LOU PELLEGRINO, CEO  P: 267-308-0123  F:  info@workwithbp.com | Waste Management Services | | | | $92,998.74 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 3