# Exhibit A

# EXHIBIT A

## STORE LOCATIONS

| Entity | Store Number | Store Location | Geographic Map Number |
|---|---|---|---|
| SBG Space Coast | 451 | 4435 Northlake Blvd., Palm Beach Gardens, FL 33410 | SBG Space Coast1 |
| SBG Space Coast | 453 | 270 S.E. Port St. Lucie Blvd., Port St. Lucie, FL 34984 | SBG Space Coast2 |
| SBG Space Coast | 454 | 10246 S. Federal Highway, Port St. Lucie, FL 34952 | SBG Space Coast3 |
| SBG Space Coast | 455 | 4900 S. Federal Highway, Ft. Pierce, FL 34982 | SBG Space Coast4 |
| SBG Space Coast | 456 | 2309 U.S. Highway 1 South, Ft. Pierce, FL 34950 | SBG Space Coast5 |
| SBG Space Coast | 457 | 1841 N. 4th Street, Ft. Pierce, FL 34946 | SBG Space Coast6 |
| SBG Space Coast | 458 | 890 U.S. Highway 1, Vero Beach, FL 32962 | SBG Space Coast7 |
| SBG Space Coast | 459 | 6210 20th Street, Vero Beach, FL 32966 | SBG Space Coast8 |
| SBG Space Coast | 460 | 1154 Malabar Road SE, Malabar, FL 32907 | SBG Space Coast9 |
| SBG Space Coast | 461 | 135 Palm Bay Road, W. Melbourne, FL 32904 | SBG Space Coast10 |
| SBG Space Coast | 462 | 1755 Palm Bay Road, Palm Bay, FL 32905 | SBG Space Coast11 |
| SBG Space Coast | 463 | 2650 W. New Haven Avenue, Melbourne, FL 32904 | SBG Space Coast12 |
| SBG Space Coast | 465 | 205 S. Miramar Avenue, Indialantic, FL 32903 | SBG Space Coast13 |
| SBG Space Coast | 466 | 395 E. Eau Gallie Causeway, Melbourne, FL 32901 | SBG Space Coast14 |
| SBG Space Coast | 467 | 4150 N. Wickham Road, Melbourne, FL 32935 | SBG Space Coast15 |
| SBG Space Coast | 468 | 8245 N. Wickham Road, Melbourne, FL 32940 | SBG Space Coast16 |
| SBG Space Coast | 469 | 648 Barnes Boulevard, Rockledge, FL 32955 | SBG Space Coast17 |
| SBG Space Coast | 471 | 10 W. Merritt Island Causeway, Merritt Island, FL 32952 | SBG Space Coast18 |
| SBG Space Coast | 472 | 8440 Astronaut Boulevard, Cape Canaveral, FL 32920 | SBG Space Coast19 |
| SBG Space Coast | 473 | 3323 Columbia Boulevard, Titusville, FL 32780 | SBG Space Coast20 |
| SBG Space Coast | 475 | 3000 Garden Street, Titusville, FL 32780 | SBG Space Coast21 |
| SBG Space Coast | 476 | 950 N. Wickham Road, Melbourne, FL 32935 | SBG Space Coast22 |
| SBG Southeast | 402 | 1197 South Military Trail, Deerfield Beach, FL 33442 | SBG Southeast 2 |
| SBG Southeast | 403 | 6375 West Sample Road, Coral Springs, FL 33067 | SBG Southeast 3 |
| SBG Southeast | 404 | 10050 West Sample Road, Coral Springs, FL 33065 | SBG Southeast 4 |
| SBG Southeast | 405 | 9960 West Oakland Park Boulevard, Sunrise, FL 33351 | SBG Southeast 5 |
| SBG Southeast | 406 | 4676 North University Drive, Coral Springs, FL 33067 | SBG Southeast 6 |
| SBG Southeast | 407 | 11925 NW 27th Place, Miami, FL 33167 | SBG Southeast 7 |
| SBG Southeast | 408 | 831 Yamato Road, Boca Raton, FL 33431 | SBG Southeast 8 |
| SBG Southeast | 410 | 7560 NW 186th Street, Hialeah, FL 33015 | SBG Southeast 10 |
| SBG Southeast | 412 | 1515 NW 7th Street, Miami, FL 33125 | SBG Southeast 12 |
| SBG Tampa | 501 | 1507 East Fowler, Tampa, FL 33612 | SBG Tampa 1 |
| SBG Tampa | 502 | 8330 North Florida Avenue, Tampa, FL 33604 | SBG Tampa 2 |
| SBG Tampa | 505 | 5658 Gall Boulevard, Zephyrhills, FL 33540 | SBG Tampa 4 |
| SBG Tampa | 506 | 13135 U.S. Highway 301, Dade City, FL 33525 | SBG Tampa 5 |
| SBG Tampa | 508 | 6620 E. Martin Luther King Jr. Blvd., Tampa, FL 33619 | SBG Tampa 7 |
| SBG Tampa | 511 | 1615 West Kennedy Boulevard, Tampa, FL 33606 | SBG Tampa 8 |
| SBG Tampa | 512 | 13565 Cypress Glen Lane, Tampa, Florida 33637 | SBG Tampa 9 |

| Entity | Store Number | Store Location | Geographic Map Number |
|---|---|---|---|
| SBG Tampa II | 509 | 13712 Bruce B. Downs Boulevard, Tampa, FL 33613 | SBG Tampa II 1 |
| SBG Tampa II | 510 | 6024 State Road 579, Seffner, FL 33584 | SBG Tampa II 2 |
| SBG Tampa II | 514 | 3601 W. Hillsborough Avenue, Tampa, FL 33614 | SBG Tampa II 3 |
| SBG Alabama | 602 | 1920 McFarland Boulevard, Northport, AL 35476 | SBG Alabama 2 |
| SBG Alabama | 603 | 2045 Village Drive, Leeds, AL 35094 | SBG Alabama 3 |
| SBG Alabama | 604 | 5018 Oscar Baxter Drive, Tuscaloosa, AL 35405 | SBG Alabama 4 |
| SBG Alabama | 605 | 45 Jimmy Hinton Drive, Oxford, AL 36203 | SBG Alabama 5 |
| SBG Alabama | 606 | 75 Tower Road, Oxford, AL 36203 | SBG Alabama 6 |
| SBG Alabama | 608 | 5801 Alabama Highway 157, Cullman, AL 35057 | SBG Alabama 8 |
| SBG Alabama | 609 | 4422 Old Birmingham Highway, Tuscaloosa, AL 35404 | SBG Alabama 9 |
| SBG Alabama | 610 | 170 Vaughan Lane, Pell City, AL 35125 | SBG Alabama 10 |
| SBG Alabama | 611 | 10393 Highway, Brent, AL 35034 | SBG Alabama 11 |
| 7SMF | 612 | 16056 U.S. Highway 280, Chelsea, AL 35043 | 7SMF 1 |
| 9SMF | 615 | 2102 County Road 437, Goodhope, AL 35057 | 9SMF 1 |
| 10SMF | 616 | 602 Highway 80 E., Demopolis, AL 36732 | 10 SMF1 |
| SBG Cheese | 702 | 2 Cieten Plaza, Barry, IL 62312 | SBG Cheese 2 |
| SBG Cheese | 703 | 314 S. Highway 61, Hanibal, MO 63401 | SBG Cheese 3 |
| SBG Cheese | 704 | 807 Marion City Road, Palmyra, MO 63461 | SBG Cheese 4 |
| SBG Cheese | 705 | 3530 Broadway, Quincy, IL 62301 | SBG Cheese 5 |
| SBG Cheese | 706 | 1250 Toronto Road, Springfield, IL 62707 | SBG Cheese 6 |
| SBG Cheese | 707 | 1209 Broadway Avenue East, Mattoon, IL 61938 | SBG Cheese 7 |
| SBG Cheese | 708 | 505 S. Deerfield, Pontiac, IL 61724 | SBG Cheese 8 |
| SBG Cheese | 710 | 3300 S. Oneida Street, Appleton, WI 54915 | SBG Cheese 10 |