# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC | Case No. 6:23-bk-04797-TPG (Lead Case) |
| | Chapter 11 – Jointly Administered |

Debtors.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), R. Scott Shuker of Shuker & Dorris, P.A., hereby appears as counsel for **PBNJ, LLC** (collectively, the "Creditor") and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons:

R. Scott Shuker, Esq.
**SHUKER & DORRIS, P.A.**
121 South Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050

rshuker@shukerdorris.com
bankruptcy@shukerdorris.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein. The undersigned will not, however, represent the Creditors in any complaint filed under Federal Rule of Bankruptcy Procedure 7001 in relation to the above-captioned case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed to be construed to be a waiver of the rights (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which the Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditors and party in interest expressly reserves.

**RESPECTFULLY SUBMITTED** this 4th day of December 2023.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for Creditors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on a true and correct copy of this **NOTICE OF APPEARANCE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to:   on this _4th day of December 2023.

/s/ R. Scott Shuker
R. Scott Shuker