**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:23−bk−04797−TPG<br>Chapter 11 |

SBG Burger Opco, LLC

Starboard with Cheese, LLC

_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN THAT the hearing regarding all pending matters , originally scheduled for Jauary 9, 2024 at 1:15PM, has been rescheduled.

The trial has been rescheduled and will be held on January 31, 2024 at 02:00 PM.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/geyer/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

| | |
|---|---|
| | FOR THE COURT |
| Dated: December 28, 2023 | Sheryl L. Loesch , Clerk of Court |
| | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.