**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789 |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791 |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790 |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793 |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792 |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796 |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798 |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800 |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802 |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797 (Lead Case) |
| Debtors. | Chapter 11 – Jointly Administered |

_____/

**DEBTORS' MOTION TO**
**SUPPLEMENT CRITICAL VENDOR ORDER**
(Doc. No. 58)

SBG Burger Opco, LLC ("**SBG Burger**"); Starboard Group of Space Coast, LLC ("**SBG Space Coast**"); Starboard Group of Southeast Florida, LLC ("**SBG Southeast**"); Starboard Group of Tampa, LLC ("**SBG Tampa**"); Starboard Group of Tampa II, LLC ("**SBG Tampa II**"); Starboard Group of Alabama, LLC ("**SBG Alabama**"); Starboard with Cheese, LLC ("**SBG Cheese**"); 7 S & M Foods, LLC ("**7SMF**"); 9 S&M Foods, LLC ("**9SMF**"); and 10 S&M Foods, LLC ("**10SMF**") (collectively, the "**Debtors**"), by counsel and pursuant to Sections 105 and 363 of the Bankruptcy Code, respectfully file this Motion to Supplement Critical Vendor Order ("**Motion**") request the entry of an order authorizing the supplemental payment of certain prepetition amounts owed to critical vendors. In support of this Motion, the Debtors state as follows:

**Background and Request for Relief**

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157

1

and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. The statutory predicates for the relief requested herein are §§ 105 and 363 of the Bankruptcy Code, Fed. R. Bankr. P. 4001 and Local Rule 2081-1(g)(5)

3. On November 14, 2023 (the "**Petition Date**"), the Debtors each filed a Voluntary Petition for Relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

4. On November 27, 2023 the Court entered its Order Granting Debtors' Emergency Motion to Pay Critical Vendors (Doc. No. 58) (the "**Critical Vendor Order**"). The Critical Vendor Order approved a critical vendor payment to Turano in the amount of $32,500.00.

5. Since entry of the Critical Vendor Order, the Debtors have identified an additional $17,548.60 in pre-petition balances owed to Turano which were not included in the Critical Vendor Order. Turano, which is a food supplier, remains critical to ongoing operations.

6. As a result, the Debtors wish to supplement the Critical Vendor Order to include these amounts, which were inadvertently omitted, increasing the total approved critical vendor payment to Turano by $17,548.60 to equal $50,048.60.

**WHEREFORE,** the Debtors respectfully request the Court: (1) grant this Motion; (2) increase the amount of the authorized critical vendor payment to Turano by $17,548.60 to equal $50,048.60; (3) and granting such other relief as the Court deems just and proper.

Dated: January 19, 2024.

Respectfully submitted,

/s/ Adam Gilbert
Thomas M. Messana
Florida Bar Number 991422
Scott A. Underwood
Florida Bar Number 730041


        Daniel E. Etlinger
        Florida Bar Number 77420
        Adam M. Gilbert
        Florida Bar Number 1011637
        UNDERWOOD MURRAY, P.A.
        100 N Tampa, Ste. 2325
        Tampa, FL 33602
        (813) 540-8401
        Email: tmessana@underwoodmurray.com
               sunderwood@underwoodmurray.com
               detlinger@underwoodmurray.com
               agilbert@underwoodmurray.com
        *Counsel to the Debtors*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on January 19, 2024, including the United States Trustee, who is registered to receive electronic notices in this case, and mailed via U.S. Mail to the Parties listed below and, the attached Consolidated Largest 30 Unsecured Creditor list, which includes the Local Rule 1007-2 parties in interest list.

Turano Florida Bun, LLC
27451 Network Place
Chicago, IL
60673-1277

Turano Florida Bun, LLC
c/o Jason Torf
233 S. Wacker Dr.
Suite 6950
Chicago, IL
60606-9997

                                /s/ Adam Gilbert
                                Adam Gilbert

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | SBG Burger Opco, LLC, *et al.* | | |
| United States Bankruptcy Court for the: | Middle | District of | Florida (State) |
| Case number (If known): | 23-04797 | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SYGMA NETWORK<br>5550 BLAZER PARKWAY<br>DUBLIN, OH 43017 | JIM PROCUNIAR, PRESIDENT<br>P: 877-441-1144<br>F: | Food Vendor | | | | $617,890.01 |
| 2 | WENDY'S INTERNATIONAL, LLC. ROYALTIES<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchise Royalties | | | | $425,205.31 |
| 3 | WENDYS NATIONAL ADVERTISING WNAP<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchisor Advertising Charges | | | | $381,199.86 |
| 4 | WENDY'S INTERNATIONAL, LLC.<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Trade Vendor | | | | $365,595.19 |
| 5 | BECKER & POLIAKOFF<br>1 EAST BROWARD BLVD<br>FORT LAUDERDALE, FL 33301 | JON POLENBERG<br>P: 954-987-7550<br>F: 54-985-4176<br>jpolenberg@beckerlawyers.com | Legal | | | | $354,711.40 |
| 6 | UNITED HEALTHCARE INSURANCE COMPANY<br>9900 BREN RD E<br>MINNETONKA, MN 55343 | RUPERT BONDY, CHIEF LEGAL OFFICER<br>P: 952-936-1645<br>F: | Insurance | | | | $304,247.87 |
| 7 | SHUTTS & BOWEN LLP<br>300 SOUTH ORANGE AVENUE, SUITE 1600<br>ORLANDO, FL 32801 | MARY RUTH HOUSTON<br>P: 407-423-3200<br>F: 407-425-8316<br>mhouston@shutts.com | Legal | | | | $264,515.40 |

Debtor: <u>SBG Burger Opco, LLC</u>, *et al.*                                                                 Case number (if known): <u>23-04797</u>

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS**<br>200 S. BISCAYNE BLVD., 7TH AND 8TH FLOORS<br>MIAMI, FL 33131 | RICHARD POLLACK<br>P: 305-379-7000<br>F: 305-379-8200<br>rpollack@bpbcpa.com | Consulting | | | | $258,072.41 |
| 9 | **SYNERGI PARTNERS, INC.**<br>151 W. EVANS ST.<br>FLORENCE, SC 29501 | ASHLEY HOGSETTE, CHIEF LEGAL OFFICER<br>P: 843-519-0808<br>F:<br>ahogsette@synergipartners.com | Vendor Commissions | | | | $249,966.88 |
| 10 | **JACKSON LEWIS LLP**<br>390 N. ORANGE AVENUE, SUITE 1285<br>ORLANDO, FL 32801 | STEPHANIE L. ADLER-PAINDIRIS<br>P: 407-246-8409<br>F: 407-246-8441<br>stephanie.adler-paindiris@jacksonlewis.com | Legal | | | | $191,625.17 |
| 11 | **HILLSBOROUGH COUNTY TAX COLLECTOR**<br>2506 N. FALKENBURG ROAD<br>TAMPA, FL 33619 | NANCY C. MILLAN, TAX COLLECTOR<br>P: 813-635-5200<br>F:<br>millan@hillstax.org | Tax | | | | $147,082.44 |
| 12 | **BREVARD COUNTY TAX COLLECTOR**<br>400 SOUTH STREET, 6TH FLOOR<br>TITUSVILLE, FL 32780 | LISA CULLEN<br>P: 321-264-6969<br>F: 321-264-5149<br>lisa.cullen@brevardtaxcollector.com | Tax | | | | $144,906.44 |
| 13 | **SOUTHEASTERN FOOD MERCHANDISERS, LP**<br>201 PARKER DRIVE<br>PELHAM, AL 35124 | JIM ACOMB, GENERAL MANAGER<br>P: 205-664-3322<br>F: 205-664-3321 | Trade Vendor | | | | $131,480.74 |
| 14 | **MCS COMMERCIAL, LLC**<br>350 HIGHLAND DR STE 100<br>LEWISVILLE, TX 75067 | ANDREW NOLAN, PRESIDENT<br>P: 813-387-1100<br>F:<br>andrew.nolan@mcs360.com | Landscaping and Plowing | | | | $124,042.84 |
| 15 | **AYDELOTT EQUIPMENT, INC.**<br>119 COMPARK ROAD<br>CENTERVILLE, OH 45459 | HERB AYDELOTT<br>P: 937-435-8220<br>F: 937-435-1885<br>herb@aydelott.com | Trade Vendor | | | | $114,070.96 |
| 16 | **LOOMIS ARMORED US, LLC.**<br>2500 CITYWEST BLVD SUITE 2300<br>HOUSTON, TX 77042 | BJÖRN ZÜGE, PRESIDENT AND CEO<br>P: 877-877-0560<br>F: | Bank and Safe Supplier | | | | $105,810.79 |
| 17 | **NCR CORPORATION**<br>864 SPRING STREET NW<br>ATLANTA, GA 30308 | KELLI STERRETT, GENERAL COUNSEL<br>P:<br>F: 937-445-1936<br>kelli.sterrett@ncr.com | Point of Sales Support | | | | $96,411.00 |

Debtor: SBG Burger Opco, LLC, *et al.*  Case number (if known): 23-04797

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | DAVE THOMAS FOUNDATION FOR ADOPTION  4900 TUTTLE CROSSING BLVD  DUBLIN, OH 43016 | MELINDA HAGGERTY, GENERAL COUNSEL  P: 614-764-8441  F:  info@davethomasfoundation.org | Charity | | | | $94,792.32 |
| 19 | LIFE SAFETY ENGINEERED SYSTEMS, INC  60 SONWIL DRIVE  BUFFALO, NY 14225 | ANGEL VEZINA, CEO  P: 800-263-1116  F: 716-656-1511 | Trade Vendor | | | | $94,099.49 |
| 20 | BP ENVIRONMENTAL SERVICES, INC.  100 HIGHPOINT DRIVE  CHALFONT, PA 18914 | LOU PELLEGRINO, CEO  P: 267-308-0123  F:  info@workwithbp.com | Waste Management Services | | | | $92,998.74 |
| 21 | BLACKSTONE MECHANICAL CORP  111 TOWN SQUARE PLACE  JERSEY CITY, NJ 07310 | LEGAL DEPARTMENT  P: 551-261-3710  F:  info@blackstonemechanical.com | Construction & Maintenance | | | | $79,649.26 |
| 22 | K & M OF SOUTH FLORIDA, INC.  719 SOUTH 15TH AVENUE  HOLLYWOOD, FL 33020 | MARIO LORENZO  P: 954-802-6099  F:  kmofsouthflorida@gmail.com | Trade Vendor | | | | $79,493.48 |
| 23 | CD MAINTENANCE COMPANY, INC  525 TECHNOLOGY PARK SUITE 125  LAKE MARY, FL 32746 | LEGAL DEPARTMENT  P: 321-926-3103  F:  info@cdmcservice.com | Construction & Maintenance | | | | $72,818.96 |
| 24 | BEACON MANNA, LLC.  5405 ALTON PARKWAY  IRVINE, CA 92604 | ERIC LEE  P: 714-282-2699  F:  elee2222@gmail.com | Rent | | | | $69,740.87 |
| 25 | AL QSR RE OWNER LLC.  100 MERRICK ROAD  ROCKVILLE CENTRE, NY 11570 | MARTIN EPSTEIN  P:  F: | Rent | | | | $68,856.54 |
| 26 | ECOLAB (PEST ELIMINATION)  1 ECOLAB PLACE  ST PAUL, MN 55102 | LANESHA MINNIX, GENERAL COUNSEL  P: 800-232-6522  F: | Pest Control | | | | $65,679.74 |
| 27 | GRIDPOINT, INC,  11921 FREEDOM DRIVE, SUITE 1120  RESTON, VA 20190 | TOM NELSON, GENERAL COUNSEL  P: 703-402-9013  F:  tnelson@gridpoint.com | Software Solutions | | | | $63,203.66 |
| 28 | WM CORPORATE SERVICES, INC.  800 CAPITOL STREET, SUITE 3000  HOUSTON, TX 77002 | CHARLES C. BOETTCHER, CHIEF LEGAL OFFICER  P: 713-512-6200  F:  cboettcher@wm.com | Waste Management Services | | | | $62,855.20 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor: <u>SBG Burger Opco, LLC, *et al.*</u>      Case number (if known): <u>23-04797</u>

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | **BIMBO QSR OHIO, LLC** <br> 3005 E POINTE DRIVE <br> ZANESVILLE, OH 43701-7263 | MARK BENDIX, PRESIDENT <br> P: 800-848-9845 <br> F: | Food Vendor | | | | $55,983.07 |
| 30 | **MATTHEW MARANO DBA MATTEOS LANDSCAPING** <br> 7088 SW 185TH WAY <br> SOUTHWEST RANCHES, FL 33332 | MATTHEW MARANO <br> P: 954-444-1008 <br> F: <br> matt@matteoslandscaping.com | Landscaping | | | | $52,545.25 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 4