**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |
| Debtors. | Chapter 11 – Jointly Administered |

_____/

**DEBTORS' MOTION TO EXTEND**
**CLAIMS BAR DATE FOR DEBTORS TO FILE INTERCOMPANY CLAIMS**
(Doc. No. 33)

SBG Burger Opco, LLC ("**SBG Burger**"); Starboard Group of Space Coast, LLC ("**SBG Space Coast**"); Starboard Group of Southeast Florida, LLC ("**SBG Southeast**"); Starboard Group of Tampa, LLC ("**SBG Tampa**"); Starboard Group of Tampa II, LLC ("**SBG Tampa II**"); Starboard Group of Alabama, LLC ("**SBG Alabama**"); Starboard with Cheese, LLC ("**SBG Cheese**"); 7 S & M Foods, LLC ("**7SMF**"); 9 S&M Foods, LLC ("**9SMF**"); and 10 S&M Foods, LLC ("**10SMF**") (collectively, the "**Debtors**"), by counsel files this Motion to Extend Claims Bars Date for Debtors to File Intercompany Claims ("**Motion**") pursuant to Rule 3003 9006 of the Federal Rules of Bankruptcy Procedure, and in furtherance thereof states as follows:

**Background and Request for Relief**

Debtors each filed voluntary petitions for relief on November 14, 2023 (the "**Petition Date**"), initiating the above styled proceedings. (Doc. No. 1).[1]  In each of the Debtors' cases, the

---

[1] The Court entered its Order Granting Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Doc. No. 53) on November 27, 2023.

Court established January 23, 2024 as the deadline for filing a proof of claim (the "**Claims Deadline**").

On December 11, 2023 each of the Debtors filed their Schedules A-J and Summary of Assets of Liabilities and their Statement of Financial Affairs (collectively the "**Schedules**"). The Schedules disclosed the existence of potential intercompany claims by and among the various Debtors and certain non-debtor affiliates.

Since the filing of the Schedules, the Debtors' financial professionals have been working to reconcile the potential intercompany claims by and among the Debtors and certain non-debtor affiliates, so that the Debtors may file appropriate proofs of claims based on intercompany liabilities (the "**Intercompany Claims**"). However, given the complexity and interconnectedness of the Debtors' operations, the Debtors require additional time to file any Intercompany Claims and wish to preserve the rights of all parties, in particular the constituents of the various Debtors.

Pursuant to Rule 3003(c), the Court may extend the time within which a party may file a proof of claim for cause. Fed. R. Bankr. P. 3003(c). And where, as here, such a request is made prior to the expiration of the Claims Deadline, it is within the discretion of the Court to approve an extension upon a showing of cause. *See* Fed. R. Civ. P. 9006(b)(1).

Here, cause exists to extend the time within which the Debtors may file Intercompany Claims. Debtors' professionals are still in the process of reconciling and analyzing the existence of any potential intercompany claims among the Debtors, so that the Debtors can assert Intercompany Claims where appropriate and ensure that all rights are preserved regarding any possible claims by and between Debtors and non-debtor affiliates.

Debtors believe an extension of the Claims Bar Date for 60 days, without prejudice to further extensions, is in the best interest of all parties.

Counsel for the Debtors has conferred with counsel for its three largest and most active constituents: City National Bank, MidCap Funding Franchise Finance Trust, and Wendy's International LLC/Quality is Our Receipt, LLC, who all consent to the relief requested in this Motion. Furthermore, the releif requested by this Motion is without prejudice to any party's rights with respect to any intercompany liabilities by and amongst the Debtors.

**WHEREFORE,** the Debtors respectfully requests that the Court enter an order: (1) granting the Motion; (2) extending the time within which only the Debtors may file proofs of claim by sixty days, without prejudice to further extension; and (3) for all such further relief as the Court deems to be just and proper.

Dated: January 22, 2024.

Respectfully submitted,

/s/ Scott A. Underwood
Thomas M. Messana
Florida Bar Number 991422
Scott A. Underwood
Florida Bar Number 730041
Daniel E. Etlinger
Florida Bar Number 77420
UNDERWOOD MURRAY, P.A.
100 N Tampa Street, Ste. 2325
Tampa, FL 33602
(813) 540-8401
Email: tmessana@underwoodmurray.com
        sunderwood@underwoodmurray.com
        detlinger@underwoodmurray.com
*Counsel to the Debtors*

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on January 22, 2024, including the United States Trustee, who is registered to receive electronic notices in this case, and mailed via U.S. Mail to, the Core/2002 list

/s/ Scott A. Underwood_____
Scott A. Underwood

Core/2002 List

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2018 PCG FUND, LLC AND AB SR TAMPA, LLC | C/O LATHAM, LUNA, EDEN & BEAUDINE, LLP | ATTN: JUSTIN M. LUNA | 201 S ORANGE AVENUE | SUITE 1400 | ORLANDO | FL | 32801 |
| AL QSR RE OWNER LLC | ATTN: MARTIN EPSTEIN | 100 MERRICK ROAD | SUITE 202E | | ROCKVILLE CENTRE | NY | 11570 |
| AYDELOTT EQUIPMENT, INC. | HERB AYDELOTT | 119 COMPARK ROAD | | | CENTERVILLE | OH | 45459 |
| BEACON MANNA LLC | ATTN: ERIC LEE | 5405 ALTON PARKWAY | | | IRVINE | CA | 92604 |
| BECKER & POLIAKOFF | JON POLENBERG | 1 EAST BROWARD BLVD | SUITE A507 | | FORT LAUDERDALE | FL | 33301 |
| ACCOUNTANTS | ATTN LEGAL | PO BOX 735244 | | | DALLAS | TX | 75373-5244 |
| ACCOUNTANTS | RICHARD POLLACK | 200 S. BISCAYNE BLVD | 7TH AND 8TH FLOORS | | MIAMI | FL | 33131 |
| BIMBO QSR OHIO, LLC | | 28424 NETWORK PLACE | | | CHICAGO | IL | 60673-1284 |
| BIMBO QSR OHIO, LLC | ATTN: MARK BENDIX, PRESIDENT | 3005 E POINTE DRIVE | | | ZANESVILLE | OH | 43701-7263 |
| BLACKSTONE MECHANICAL CORP | | 111 TOWN SQUARE PLACE | | | JERSEY CITY | NJ | 07310 |
| BP ENVIRONMENTAL SERVICES, INC. | ATTN LEGAL | PO BOX 188 | | | CHALFONT | PA | 18914 |
| BP ENVIRONMENTAL SERVICES, INC. | LOU PELLEGRINO, CEO | 100 HIGHPOINT DRIVE | | | CHALFONT | PA | 18914 |
| BREVARD COUNTY TAX COLLECTOR | ATTN: LEGAL | PO BOX 2500 | | | TITUSVILLE | FL | 32781-2500 |
| BREVARD COUNTY TAX COLLECTOR | ATTN: LISA CULLEN, ALICIA FOLEY | 400 SOUTH STREET | 6TH FLOOR | | TITUSVILLE | FL | 32780 |
| BROWARD COUNTY | ATTN: ANDREW J. MEYERS, SCOTT ANDRON | GOVERNAMENTAL CENTER, SUITE 423 | 115 S ANDREWS AVE | | FORT LAUDERDALE | FL | 33301 |
| CD MAINTENANCE COMPANY, INC | ATTN: LEGAL DEPARTMENT | 525 TECHNOLOGY PARK SUITE 125 | | | LAKE MARY | FL | 32746 |
| CITY NATIONAL BANK OF FLORIDA | C/O VENABLE LLP | ATTN: PAUL J. BATTISTA, ERIC D. JACOBS | 100 SE SECOND STREET | 44TH FLOOR | MIAMI | FL | 33131 |
| COLONIAL SUITES, INC. | C/O HOFFMAN, LARIN & AGNETTI, P.A. | ATTN: MICHAEL S. HOFFMAN | 909 NORTH MIAMI BEACH BOULEVARD | SUITE 201 | MIAMI | FL | 33162 |
| DAVE THOMAS FOUNDATION FOR ADOPTION | MELINDA HAGGERTY, GENERAL COUNSEL | 4900 TUTTLE CROSSING BLVD | | | DUBLIN | OH | 43016 |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| ECOLAB (PEST ELIMINATION) | | 26252 NETWORK PLACE | | | CHICAGO | IL | 60673-1262 |
| ECOLAB (PEST ELIMINATION) | ATTN: LANESHA MINNIX, GENERAL COUNSEL | 1 ECOLAB PLACE | | | ST PAUL | MN | 55102 |
| GRIDPOINT, INC., | ATTN: TOM NELSON, GENERAL COUNSEL | 11921 FREEDOM DRIVE, SUITE 1120 | | | RESTON | VA | 20190 |
| GUTHRIE REALTY, LLC | C/O FENDER, BOLLING AND PAIVA, P.A. | ATTN: G. STEVEN FENDER, CHAD S. PAIVA | 6526 S KANNER HIGHWAY | #376 | STUART | FL | 34997 |
| HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN: NANCY C. MILLAN, TAX COLLECTOR | 2506 N. FALKENBURG ROAD | | | TAMPA | FL | 33619 |
| J & N WENDYS, LLC | C/O BUSH ROSS, P.A. | ATTN: ADAM LAWTON ALPERT | PO BOX 3913 | | TAMPA | FL | 33601-3913 |
| JACKSON LEWIS LLP | ATTN LEGAL | PO BOX 416019 | | | BOSTON | MA | 02241-6019 |
| JACKSON LEWIS LLP | STEPHANIE L. ADLER-PAINDIRIS | 390 N. ORANGE AVENUE | SUITE 1285 | | ORLANDO | FL | 32801 |
| K & M OF SOUTH FLORIDA, INC. | ATTN: MARIO LORENZO | 719 SOUTH 15TH AVENUE | | | HOLLYWOOD | FL | 33020 |
| LIFE SAFETY ENGINEERED SYSTEMS, INC | ATTN: ANGEL VEZINA, CEO | 60 SONWIL DRIVE | | | BUFFALO | NY | 14225 |
| LOOMIS ARMORED US, LLC. | ATTN: LEGAL DEPARTMENT | DEPT. CH. 10500 | | | PALATINE | IL | 60055 |
| LOOMIS ARMORED US, LLC. | BJÖRN ZÜGE, PRESIDENT AND CEO | 2500 CITYWEST BLVD | SUITE 2300 | | HOUSTON | TX | 77042 |
| LUSTBERG LIMITED LIABILITY COMPANY | C/O LESSNE LAW | ATTN: MICHAEL D. LESSNE | 100 SE 3RD AVENUE | 10TH FL | FT LAUDERDALE | FL | 33394 |
| MATTHEW MARANO | | PO BOX 297168 | | | PEMBROKE PINES | FL | 33029 |
| MATTHEW MARANO DBA MATTEOS LANDSCAPING | | 7088 SW 185TH WAY | | | SOUTHWEST RANCH | FL | 33332 |
| MCS COMMERCIAL, LLC | ANDREW NOLAN, PRESIDENT | 350 HIGHLAND DR | SUITE 100 | | LEWISVILLE | TX | 75067 |
| MIDCAP FUNDING FRANCHISE FINANCE TRUST | C/O TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A. | ATTN: STEPHANIE C. LIEB | 101 EAST KENNEDY BLVD | SUITE 2700 | TAMPA | FL | 33602 |
| NANCY C. MILLAN, TAX COLLECTOR | ATTN LEGAL | PO BOX 30012 | | | TAMPA | FL | 33630-3012 |
| NCR CORPORATION | ATTN LEGAL | PO BOX 198755 | | | ATLANTA | GA | 30384-8755 |
| NCR CORPORATION | ATTN: KELLI STERRETT, GENERAL COUNSEL | 864 SPRING ST NW | | | ATLANTA | GA | 30308 |
| OFFICE OF THE U.S. TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ATTN: BRYAN E. BUENAVENTURA | TIMBERLAKE FEDERAL ANNEX BUILDING | 501 E POLK ST | SUITE 1200 | TAMPA | FL | 33602 |
| OFFICE OF THE U.S. TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ATTN: SCOTT E. BOMKAMP, BRYAN E. BUENAVENTURA, & WILLIAM J. SIMONITSCH | GEORGE C. YOUNG FEDERAL BUILDING | 400 W WASHINGTON ST | SUITE 1100 | ORLANDO | FL | 32801 |
| PBNJ, LLC | C/O SHUKER & DORRIS, P.A. | ATTN: R. SCOTT SHUKER | 121 SOUTH ORANGE AVENUE | SUITE 1120 | ORLANDO | FL | 32801 |
| RBM PALM BAY, LLC | C/O BURR & FORMAN LLP | ATTN: CHRISTOPHER R. THOMPSON, KELSEY E. BURGESS | 200 S ORANGE AVENUE | SUITE 800 | ORLANDO | FL | 32801 |
| SHUTTS & BOWEN LLP | ATTN LEGAL | PO BOX 919770 | | | ORLANDO | FL | 32891-9770 |
| SHUTTS & BOWEN LLP | ATTN: MARY RUTH HOUSTON | 300 SOUTH ORANGE AVENUE | SUITE 1600 | | ORLANDO | FL | 32801 |
| SOUTHEASTERN FOOD MERCHANDISERS, LP | JIM ACOMB, GENERAL MANAGER | 201 PARKER DRIVE | | | PELHAM | AL | 35124 |
| SYGMA NETWORK | ATTN: JIM PROCUNIAR, PRESIDENT | 5550 BLAZER PARKWAY | | | DUBLIN | OH | 43017 |
| SYNERGI PARTNERS, INC. | ASHLEY HOGSETTE, CHIEF LEGAL OFFICER | 151 W. EVANS ST. | | | FLORENCE | SC | 29501 |
| SYNERGI PARTNERS, INC. | ATTN LEGAL | PO BOX 75595 | | | CHICAGO | IL | 60675-5595 |
| U.S. SECURITIES & EXCHANGE COMMISSION | OFFICE OF REORGANIZATION | 950 EAST PACES FERRY RD NE | SUITE 900 | | ATLANTA | GA | 30326-1382 |
| U.S. SMALL BUSINESS ADMINISTRATION | | 7825 BAYMEADOWS WAY | SUITE 100-B | | JACKSONVILLE | FL | 32256 |
| UNITED HEALTHCARE INSURANCE COMPANY | ATTN LEGAL | P.O BOX 94017 | | | PALATINE | IL | 60094-4017 |
| UNITED HEALTHCARE INSURANCE COMPANY | RUPERT BONDY, CHIEF LEGAL OFFICER | 9900 BREN RD E | | | MINNETONKA | MN | 55343 |
| US ATTORNEY'S OFFICE FOR THE DISTRICT OF FLORIDA | ATTN: CIVIL PROCESS CLERK | 400 WEST WASHINGTON STREET | SUITE 3100 | | ORLANDO | FL | 32801 |
| WENDY'S INTERNATIONAL, LLC, QUALITY IS OUR RECIPE, LLC AND THEIR AFFILIATES | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG | 2550 M STREET NW | | WASHINGTON | DC | 20037 |
| WENDY'S INTERNATIONAL, LLC, QUALITY IS OUR RECIPE, LLC AND THEIR AFFILIATES | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: STEPHEN D. LERNER, JUSTIN CLOYD | 201 E FOURTH STREET | SUITE 1900 | CINCINNATI | OH | 45202 |
| WENDY'S INTERNATIONAL, LLC. | E.J. WUNSCH, CHIEF LEGAL OFFICER | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 |
| WENDY'S INTERNATIONAL, LLC. ROYALTIES | E.J. WUNSCH, CHIEF LEGAL OFFICER | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 |
| WENDYS NATIONAL ADVERTISING WNAP | E.J. WUNSCH, CHIEF LEGAL OFFICER | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 |
| WM CORPORATE SERVICES, INC. | AS PAYMENT AGENT | PO BOX 13648 | | | PHILADELPHIA | PA | 19101-3648 |
| WM CORPORATE SERVICES, INC. | ATTN: CHARLES C. BOETTCHER, CHIEF LEGAL OFFICER | 800 CAPITOL STREET | SUITE 3000 | | HOUSTON | TX | 77002 |

hees...

Creditor Matrix

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | Stat | ZIP | Country |
|---|---|---|---|---|---|---|---|---|
| 23RD GROUP, LLC. | | 4944 PARKWAY PLAZA BLVD | | | CHARLOTTE | NC | 28217 | |
| A-1 SERVICES, INC. | | 7373 S 6TH STREET | | | OAK CREEK | WI | 53154 | |
| ADAMS TELE | | 405 EMMINGA RD | | | GOLDEN | IL | 62339 | |
| ADVANCED PARTS AND SERVICE | | 1800 PARKERS DRIVE | | | BROADVIEW | IL | 60155-3956 | |
| AEP ENERGY | | P.O. BOX 6329 | | | CAROL STREAM | IL | 60197-6329 | |
| AIRMASTERS | | 1821 N HWY CC | | | NIXA | MO | 65714 | |
| ALGOMA SANITARY DISTRICT | | SANITARY DISTRICT #1, 3477 MILLER DRIVE | | | OSHKOSH | WI | 54904 | |
| AMEREN ILLINOIS | | P.O. BOX 88034 | | | CHICAGO | IL | 60680-1034 | |
| AMERENIL | | 10 RICHARD MARK WAY | | | COLLINSVILLE | IL | 62234 | |
| AMERICAN EXPRESS | | 200 VESSEY STREET | | | NEW YORK | NY | 10281 | |
| ARES HOLDINGS, LLC | | 1045 S JOHN RODES BLVD | | | MELBOURNE | FL | 32904 | |
| AYDELOTT EQUIPMENT, INC. | | 119 COMPARK ROAD | | | CENTERVILLE | OH | 45459 | |
| BARCO UNIFORMS | | 350 W ROSECRANS AVENUE | | | GARDENA | CA | 90248 | |
| BARRYVIEW INC | | 891 GREENE STREET | | | BARRY | IL | 62312 | |
| BARRYVIEW INC | C/O HEPLER BROOM LLC | ATTN THOMAS H WILSON | 4340 ACER GROVE DR STE A | | SPRINGFIELD | IL | 62711 | |
| BARRYVIEW INC | C/O SCHMIEDESKAMP ROBERTSON NEU & MITCHELL | ATTN WILLIAM M MCCLEERY, JR | 525 JERSEY STREET | | QUINCY | IL | 62301 | |
| BARRYVIEW INC | | PO BOX 93 | | | BARRY | IL | 62312 | |
| BEACON MANNA, LLC. | ATTN: ERIC LEE | 5405 ALTON PARKWAY | SUITE A507 | | IRVINE | CA | 92604 | |
| BIMBO QSR OHIO, LLC | | 28424 NETWORK PLACE | | | CHICAGO | IL | 60673-1284 | |
| BLACKSTONE MECHANICAL CORP | | 111 TOWN SQUARE PLACE | | | JERSEY CITY | NJ | 07310 | |
| BOARD OF PUBLIC WORKS | | PO BOX 32 | | | PALMYRA | MO | 63461 | |
| BONDED FILTER CO. | | PO BOX 676221 | | | DALLAS | TX | 75267-6221 | |
| BP ENVIRONMENTAL SERVICES, INC. | | PO BOX 188 | | | CHALFONT | PA | 18914 | |
| CARBONDALE WATER & SEWER | | BOX 2947 | | | CARBONDALE | IL | 62902-2947 | |
| CASE SNOW MANAGEMENT, INC. | | 356 JOHN L DIELSCH BLVD | | | NORTH ATTLEBORO | MA | 02763 | |
| CD MAINTENANCE COMPANY, INC | ATTN: LEGAL DEPARTMENT | 525 TECHNOLOGY PARK SUITE 125 | | | LAKE MARY | FL | 32746 | |
| CHARTER COMMUNICATIONS | | PO BOX 94188 | | | PALATINE | IL | 60094-4188 | |
| CIETEN INC | | 891 GREENE STREET | | | BARRY | IL | 62312 | |
| CIETEN INC | C/O HEPLER BROOM LLC | ATTN THOMAS H WILSON | 4340 ACER GROVE DR STE A | | SPRINGFIELD | IL | 62711 | |
| CIETEN INC | C/O SCHMIEDESKAMP ROBERTSON NEU & MITCHELL | ATTN WILLIAM M MCCLEERY, JR | 525 JERSEY STREET | | QUINCY | IL | 62301 | |
| CITY OF APPLETON | | PO BOX 2519 | | | APPLETON | WI | 54912-2519 | |
| CITY OF APPLETON - UTI | | PO BOX 2519 | | | APPLETON | WI | 54912-2519 | |
| CITY OF BARRY | | PO BOX 95 | | | BARRY | IL | 62312 | |
| CITY OF CARBONDALE, FI | | BOX 2947 | | | CARBONDALE | IL | 62902-2947 | |
| CITY OF MATTOON | | 208 N. 19TH | | | MATTOON | IL | 61938 | |
| CITY OF OSHKOSH | | PO BOX 1128 | | | OSHKOSH | WI | 54903-1128 | |
| CITY OF PONTIAC | | 115 W HOWARD STREET | | | PONTIAC | IL | 61764 | |
| CITY WATER LIGHT & POW | | 4TH FLOOR | MUNICIPAL CENTER EAST | 800 E. MONROE STREET | SPRINGFIELD | IL | 62701 | |
| CITY WATER LIGHT & POWER | ATTN: CASHIER'S OFFICE | 4TH FLOOR, MUNICIPAL CENTER EAST | 800 E MONROE STREET | | SPRINGFIELD | IL | 62757-0001 | |
| CITYOFQUINCY | | 730 MAINE STREET | | | QUINCY | IL | 62301-4053 | |
| CLEANING SOLUTIONS | ATTN: FORREST W. MILES JR. | 719 W REYNOLDS | | | PONTIAC | IL | 61764-2339 | |
| CLINE, MELISSA | | [UNKNOWN] | | | | | | |
| COMCAST | | PO BOX 70219 | | | PHILADELPHIA | PA | 19176-0219 | |
| COMCAST BUSINESS | | PO BOX 70219 | | | PHILADELPHIA | PA | 19176-0219 | |
| COMMERCIAL FIRE, LLC | | 2465 ST JOHNS BLUFF ROAD S | | | JACKSONVILLE | FL | 32246 | |
| CONSTELLATION NEWENERGY - GAS DIVISION, LLC | | 9400 BUNSEN PARKWAY | SUITE 100 | | LOUISVILLE | KY | 40220 | |
| CUSTOM SIGN CENTER, INC. | | 3200 VALLEYVIEW DR. | | | COLUMBUS | OH | 43204 | |
| CUSTOM SIGNS TODAY | | 2550 OKEECHOBEE BLVD STE E | | | WEST PALM BEACH | FL | 33409 | |
| CUSTOM SIGNS TODAY | | STAMCO ENTERPRISES, INC | 2550 OKEECHOBEE BLVD STE E | | WEST PALM BEACH | FL | 33409 | |
| CWLP | | 4TH FLOOR, MUNICIPAL CENTER EAST | 800 E MONROE ST | | SPRINGFIELD | IL | 62701 | |
| DAVE THOMAS FOUNDATION | | 4900 TUTTLE CROSSING BLVD | | | DUBLIN | OH | 43016 | |
| DAVE THOMAS FOUNDATION FOR ADOPTION | | 4900 TUTTLE CROSSING BLVD | | | DUBLIN | OH | 43016 | |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| DEPARTMENT OF UTILITIES | | 730 MAINE STREET | | | QUINCY | IL | 62301-4053 | |
| DUMAC BUSINESS SYSTEMS, INC | | 19 CORPORATE CIRCLE | | | EAST SYRACUSE | NY | 13057 | |

hees.

Creditor Matrix

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | Stat | ZIP | Country |
|---|---|---|---|---|---|---|---|---|
| ECOLAB (PEST ELIMINATION) | | 26252 NETWORK PLACE | | | CHICAGO | IL | 60673-1262 | |
| ECOLAB INC | | 1 ECOLAB PLACE | | | ST PAUL | MN | 55102 | |
| ECOLAB, INC. | | PO BOX 70343 | | | CHICAGO | IL | 60673 | |
| EDC FACILITIES MAINTENANCE, LLC | | 150 DOG TRACK ROAD | | | LONGWOOD | FL | 32750 | |
| EICHENAUER SERVICES, INC. | | 2465 N 22ND ST | | | DECATUR | IL | 62526 | |
| ENGELS COMMERCIAL APPL | | 120 PACKERLAND DRIVE | | | GREEN BAY | WI | 54303 | |
| ENGELS COMMERCIAL APPLIANCE, INC. | | 120 PACKERLAND DRIVE | | | GREEN BAY | WI | 54303 | |
| ENTERPRISE INVESTMENTS | | 1550 OLD HENDERSON ROAD SUITE N242 | | | COLUMBUS | OH | 43220 | |
| ENTERPRISE INVESTMENTS LIMITED PARTNERSHIP | | 1550 OLD HENDERSON ROAD SUITE N242 | | | COLUMBUS | OH | 43220 | |
| EVO DOOR & WINDOW, LLC. | | 6250 N MILITARY TRAIL | | | WEST PALM BEACH | FL | 33407 | |
| FIFTH THIRD ACH MPS BILLNG | | 999 VANDERBILT BEACH ROAD 1MOBBE | | | NAPLES | FL | 34108 | |
| FIFTHOFFIVE LL DBA FAST FIX | | 314 NEBRASKA AVE | | | COLUMBIA | MO | 65201 | |
| FISH WINDOW CLEANING - 2680 | | PO BOX 7426 | | | APPLETON | WI | 54912 | |
| FOX GLASS | | 1035 TIFFORD LANE | | | OSTEEN | FL | 32764 | |
| FRANKLIN MACHINE PRODUCTS | | PO BOX 74007311 | | | CHICAGO | IL | 60674-7311 | |
| FRANKLIN MACHINE PRODUCTS, LLC | | PO BOX 74007311 | | | CHICAGO | IL | 60674-7311 | |
| GASKEY GUY. LLC | | DEPT 5995 | | | BIRMINGHAM | AL | 35246-5995 | |
| GAYLA GORDON TRUST U/T/A JULY 21, 2010 | | 617 SOUTH PITT STREET | | | ALEXANDRIA | VA | 22314 | |
| GAYLA GORDON TRUST U/T/A JULY 21,2010 | ATTN: GAYLA GORDON | 617 SOUTH PITT STREET | | | ALEXANDRIA | VA | 22314 | |
| GEM'S CARPET CLEANING | | 1320 N. MAIN ST. | | | PONTIAC | IL | 61764 | |
| GIVEX FEES GIFT CARD | | 1960 SWANSON COURT, SUITE A | | | GURNEE | IL | 60031 | |
| GRAND CHUTE UTILITIES | | 1900 GRAND CHUTE BLVD. | | | GRAND CHUTE | WI | 54913 | |
| HALL'S SERVICE LLC. | | 20 UNITED MISSIONARY LANE | | | BUNCOMBE | IL | 62912 | |
| HANNIBAL BOARD OF PUBLIC WORKS | | PO BOX 1589 | | | HANNIBAL | MO | 63401-1589 | |
| HANNIBAL-QUINCY WENDY'S ADI CO-OP | C/O JONES, MCKNIGHT, EDMONSON, PC | 1429 BUSINESS CENTER DR SW | | | CONYERS | GA | 30094 | |
| HBL BRD PUB WRKS | | PO BOX 1589 | | | HANNIBAL | MO | 63401-1589 | |
| HENSEN, KAREN | | [UNKNOWN] | | | | | | |
| HUNTINGTON TECHNOLOGY FINANCE | | 2285 FRANKLIN ROAD | | | BLOOMFIELD HILLS | MI | 48302 | |
| HYLAND FILTER SERVICE, INC. | | 1010 EAST 6TH STREET | | | OWENSBORO | KY | 42303 | |
| IL DEPT OF REVENUE | | PO BOX 19035 | | | SPRINGFIELD | IL | 62794-9037 | |
| ILLINOIS AMERICAN WATER | | PO BOX 6029 | | | CAROL STREAM | IL | 60197-6029 | |
| ILLINOIS DEPARTMENT OF REVENUE | | RETAIL OCCUPATION TAX | | | SPRINGFIELD | IL | 62796-0001 | |
| ILLINOIS DEPT OF TRANS | | HANLEY BUILDING | 2300 S. DIRKSEN PKWY | | SPRINGFIELD | IL | 62764 | |
| JAMES SHELLEY | | 118 SOUTH MILITARY ROAD | | | FOND DU LAC | WI | 54935 | |
| JOHN'S WINDOW WASHING | | 310 W ROSS | | | PALMYRA | MO | 63461 | |
| JP MO REV TAX | | 602 S. MAIN STREET | | | JOPLIN | MO | 64801 | |
| L & S 12TH ST. PROPERT | | 802 N SIERRA DRIVE | | | BEVERLY HILLS | CA | 90210 | |
| L & S 12TH ST. PROPERTIES, LLC | | 802 N SIERRA DRIVE | | | BEVERLY HILLS | CA | 90210 | |
| LIBERTY UTILITIES | | 75 REMITTANCE DRIVE | | | CHICAGO | IL | 60675-1741 | |
| LIBERTY UTILITIES MIDSTATES | | 75 REMITTANCE DRIVE | | | CHICAGO | IL | 60675-1741 | |
| LIFE SAFETY ENGINEERED SYSTEMS, INC | ATTN: ANGEL VEZINA, CEO | 60 SONWIL DRIVE | | | BUFFALO | NY | 14225 | |
| LION PETROLEUM IN | | 4251 LINDELL BLVD | | | ST LOUIS | MO | 63108 | |
| LION PETROLEUM, INC. | | 4251 LINDELL BLVD. | | | ST. LOUIS | MO | 63108 | |
| LIQUID ENVIRONMENTAL S | | PO BOX 733372 | | | DALLAS | TX | 75373-3372 | |
| LIQUID ENVIRONMENTAL SOLUTIONS | | PO BOX 733372 | | | DALLAS | TX | 75373-3372 | |
| MAINTENANCE SUPPLY WINDOW CLEANING | | 290 NORTH STREET | | | SPRINGFIELD | IL | 62704 | |
| MARION COUNTY COLLECTOR | | 100 S. MAIN | | | PALMYRA | MO | 63461 | |
| MCS COMMERCIAL, LLC | | 350 HIGHLAND DR STE 100 | | | LEWISVILLE | TX | 75067 | |
| MD CONTRACTING SERVICES, LLC | | 11 DUFFY LANE | | | SUGAR GROVE | IL | 60543 | |
| MEDIACOM BUSINESS | | PO BOX 5744 | | | CAROL STREAM | IL | 60197-5744 | |
| MICHAEL D. QUAGLIANO | | 307 N 36TH STREET | SUITE 110 | | QUINCY | IL | 62301 | |
| MIDCAP FINANCIAL SERVICES, LLC | | 7255 WOODMONT AVENUE, SUITE 300 | | | BETHESDA | MD | 20814 | |

Creditor Matrix

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | Stat | ZIP | Country |
|---|---|---|---|---|---|---|---|---|
| MIDCAPFUN | | 7255 WOODMONT AVENUE | SUITE 300 | | BETHESDA | MD | 20814 | |
| MIDWEST EQUIPMENT COMPANY | ATTN: LYNN ANN SCHLEE | 2511 CASSENS DRIVE | | | FENTON | MO | 63026 | |
| MISSOURI DEPARTMENT OF REVENUE | | 301 WEST HIGH STREET | | | JEFFERSON CITY | MO | 65105-0840 | |
| MISSOURI DEPARTMENT OF REVENUE | | TAXATION DIVISION | | | JEFFERSON CITY | MO | 65105-0840 | |
| MURPHY'S LAWN CARE LLC | | PO BOX 526 | | | PALMYRA | MO | 63461 | |
| MUZAK, LLC. | | PO BOX 71070 | | | CHARLOTTE | NC | 28272-1070 | |
| MY GROUT GUYZ, INC | | 135 E ST CHARLES ROAD C-1 | | | CAROL STREAM | IL | 60188 | |
| NCR CORPORATION | | 411 CHATHAM HEIGHTS RD | | | FREDERICKSBURG | VA | 22405 | |
| NCR CORPORATION | | P.O. BOX 198755 | | | ATLANTA | GA | 30384-8755 | |
| NICOR GAS | | PO BOX 5407 | | | CAROL STREAM | IL | 60197-5407 | |
| NORTH AMERICAN ROOFING | | 14025 RIVEREDGE DRIVE | | | TAMPA | FL | 33637 | |
| NORTH AMERICAN ROOFING HOLDCO, LLC | | 14025 RIVEREDGE DRIVE | | | TAMPA | FL | 33637 | |
| NUC02 LLC | | PO BOX 9011 | | | STUART | FL | 34995 | |
| OSHKOSH CITY TREASURER | | TAX COLLECTION OFFICE | | | OSHKOSH | WI | 54903-1130 | |
| PBNJ, LLC. | ATTN: R. SCOTT SHUKER | 121 SOUTH ORANGE AVENUE | SUITE 1120 | | ORLANDO | FL | 32801 | |
| PBNJ, LLC. | | PO BOX 16655 | | | CLAYTON | MO | 63105-1155 | |
| PT HOLDINGS, LLC | | 200 COLLINSVILLE ROAD | | | TROY | IL | 62294 | |
| PT INTERMEDIATE HOLDINGS IV, LLC | | 140 N MITCHELL CT STE 100 | | | ADDISON | IL | 60101 | |
| P-TECH CONNECT LLC | | 6 MELVILLE DRIVE | | | MEDFORD | NJ | 08055 | |
| P-TECH CONNECT, LLC | ATTN: PETE DIETRICH | 6 MELVILLE DRIVE | | | MEDFORD | NJ | 08055 | |
| QUALITY IS OUR RECIPE | | 2550 M STREET NW | | | WASHINGTON | DC | 20037 | |
| QUALITY IS OUR RECIPE, LLC | | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 | |
| REALTY INCOME PROPERTI | | 8825 N 23RD AVENUE | SUITE 100 | | PHOENIX | AZ | 85021 | |
| REALTY INCOME PROPERTIES 27, LLC. | | 8825 N 23RD AVENUE, SUITE 100 | | | PHOENIX | AZ | 85021 | |
| RED BOOK SOLUTIONS-FOURTH ENTERPRISE | | 6504 BRIDGE POINT PKWY STE 300 | | | AUSTIN | TX | 78730 | |
| RESTAURANT EQUIPMENT SERV GROUP | | 27766 NETWORK PLACE, LOCKBOX 27766 | | | CHICAGO | IL | 60673-1277 | |
| RETAIL RESOURCE GROUP, LLC | | 226 NEW GATE LOOP | | | LAKE MARY | FL | 32746 | |
| RR DONNELLEY | | PO BOX 538602 | | | ATLANTA | GA | 30353-6602 | |
| RSS - RESTAURANT SERVICE SOLUTIONS, LLC | | 2680 TECHNOLOGY DRIVE | | | LOUISVILLE | KY | 40299 | |
| S&M JV, LLC | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| SAWYER, JENNIFER | | [UNKNOWN] | | | | | | |
| SB GROUP HOLDINGS, LLC | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| SB HOLDINGS, LLC | | 7200 INTERNATIONAL DR | | | ORLANDO | FL | 32819 | |
| SBG TACO WESTON | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| SHEER SERVICE, LLC. | | 6250 N MILITARY TRAIL | | | WEST PALM BEACH | FL | 33407 | |
| SHOES FOR CREWS, LLC | | PO BOX 734176 | | | CHICAGO | IL | 60673-4176 | |
| SITE 1 FACILITY SOLUTIONS, LLC | | 268 S SUNCOAST BLVD | | | CRYSTAL RIVER | FL | 34429 | |
| SLM WASTE & RECYCLING SERVICES, INC. | | PO BOX 782678 | | | PHILADELPHIA | PA | 19178-2678 | |
| SPECTRUM | | PO BOX 7195 | | | PASADENA | CA | 91109-7195 | |
| SPECTRUM BUSINESS - CHARTER COMM | | PO BOX 94188 | | | PALATINE | IL | 60094-4188 | |
| STAPLES BUSINESS ADVAN | | PO BOX 70242 | | | PHILADELPHIA | PA | 19176-0242 | |
| STAPLES BUSINESS ADVANTAGE | | PO BOX 70242 | | | PHILADELPHIA | PA | 19176-0242 | |
| STARBOARD ADMINISTRATIVE SERVICES | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| STARBOARD GROUP EMPLOYMENT SERVICES | | 12540 W. ATLANTIC BLVD. | | | CORAL SPRINGS | FL | 33071 | |
| STARBOARD GROUP MANAGEMENT | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| STARBOARD GROUP OF ALABAMA, LLC | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| STARBOARD GROUP OF SPACE COAST, LLC | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| STARBOARD GROUP OF TAMPA, LLC | | 12540 W. ATLANTIC BOULEVARD | | | CORAL SPRINGS | FL | 33071 | |
| SYGMA | | 5550 BLAZER PARKWAY | | | DUBLIN | OH | 43017 | |
| SYGMA NETWORK | | 5550 BLAZER PARKWAY | | | DUBLIN | OH | 43017 | |

hees.
Creditor Matrix

| Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | Stat | ZIP | Country |
|---|---|---|---|---|---|---|---|---|
| TAYLOR ENTERPRISES OF WISCONSIN | | N8108 MAPLE STREET | | | IXONIA | WI | 53036 | |
| TECH SERVICE TODAY, LLC. | | 4855 TECHNOLOGY WAY | | | BOCA RATON | FL | 33431 | |
| THE COCA-COLA COMPANY | | PO BOX 1578 | | | ATLANTA | GA | 30301 | |
| TOWN OF GRAND CHUTE | | TOWN TREASURER | 1900 W GRAND CHUTE BOULEVARD | | GRAND CHUTE | WI | 54913-9613 | |
| ULFJANESVILLELLC | | 801 INDUSTRY AVENUE | | | CLOQUET | MN | 55720 | |
| UNDER PRESSURE, LLC | | PO BOX 5014 | | | DE PERE | WI | 54115 | |
| UPPER LAKES FOODS, INC. | | 801 INDUSTRY AVENUE | | | CLOQUET | MN | 55720 | |
| VAN'S FIRE & SAFETY, INC. | | 787 MIKE MCCARTHY WAY | | | GREEN BAY | WI | 54307-2055 | |
| VIKING CLOUD, INC | | PO BOX 771994 | | | DETROIT | MI | 48277 | |
| VILLAGE OF WESTON | | 5500 SCHOFIELD AVE | | | WESTON | WI | 54476-4333 | |
| VINSON & SILL, INC. | | 305 N RANGE LINE | | | LIMA | IL | 62348 | |
| WE ENERGIES | | P.O. BOX 90001 | | | MILWAUKEE | WI | 53290-0001 | |
| WEBSTAR, LLC. | | 22504 SW RICHARD PLACE | | | SHERWOOD | OR | 97140 | |
| WENDY'S ADV CO-OP OF SPRINGFIELD/CHAMPAIGN | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S ADVERTISING CO | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S ADVERTISING CO-OP OF PADUCAH | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S ADVERTISING CO-OP OF PEORIA | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S APP | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S GREEN BAY ADVERTISING CO-OP | | 1429 BUSINESS CENTER DRIVE | | | CONYERS | GA | 30094 | |
| WENDY'S INTERNATIONAL, LLC. | ATTN: ACCOUNTS RECEIVABLE DEPT | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 | |
| WENDY'S NATIONAL | | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 | |
| WENDYS NATIONAL ADVERTISING WNAP | | ONE DAVE THOMAS BLVD | | | DUBLIN | OH | 43017 | |
| WINNEBAGO COUNTY TAX C | | 112 OTTER AVE | ROOM 116 | | OSHKOSH | WI | 54901 | |
| WISCONSIN DEPARTMENT OF REVENUE | | 2135 RIMROCK ROAD | | | MADISON | WI | 53713 | |
| WISCONSIN PUBLIC SERVI | | PO BOX 6040 | | | CAROL STREAM | IL | 60197-6040 | |
| WISCONSIN PUBLIC SERVICE | | PO BOX 6040 | | | CAROL STREAM | IL | 60197-6040 | |
| WOODLAND NC PROPERTIES, LLC | ATTN: STEVE LEDBETTER | 3945 BUENA VISTA DRIVE | | | PASO ROBLES | CA | 93446 | |
| YEARNS, SIDNEY | | [UNKNOWN] | | | | | | |