UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC, | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC, | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC, | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC, | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC, | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC, | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC, | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC, | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC, | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |

Debtors.

_____/     Chapter 11 – Jointly Administered

**UNITED STATES TRUSTEE'S APPOINTMENT AND
NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE
OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), Mary Ida Townson, United States Trustee for Region 21, by undersigned counsel, hereby appoints the following creditors to serve on the Official Committee of Creditors Holding Unsecured Claims:

| | |
|---|---|
| **AB SR Tampa, LLC,** | **AL QSR RE Owner, LLC,** |
| Attn: Justin Luna, Esq., | Attn: Esther McKean, Esq., |
| Latham, Luna, Eden & Beaudine, LLP | Akerman LLP |
| 201 S. Orange Ave, Suite 1400, | 420 S. Orange Ave., Ste. 1200 |
| Orlando, FL 32801 | Orlando, FL 32801 |
| Phone: (407) 481-5800 | Phone: (407) 423-4000 |
| Email: jluna@lathamluna.com | Email: esther.mckean@akerman.com |

**EJT Enterprises, LLC,**
Attn: Andrew S. Ballentine, Esq.,
Cornerstone Law Firm, PLLC
1511 E. State Road 434,
Suite 3049
Winter Springs, FL 32708
Phone: (407) 986-0529
Email: aballentine@mycornerstonelaw.com

**K & M of South Florida, Inc.,**
Attn: L. William Porter III, Esq.,
Law Offices of L. William Porter III
2014 Edgewater Dr
Suite 119
Orlando, FL 32804
Phone: (407) 603-5769
Email: bill@billporterlaw.com

**NCR Voyix Corporation**
Attn: Todd Atkinson, Esq.,
Womble Bond Dickinson
1313 North Market Street,
Suite 1200
Wilmington, DA 19801
Phone: (770) 212-5034
Email: todd.atkinson@wbd-us.com

**Additional members may be added to the committee in the near future.**

DATED: January 23, 2024

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

 */s/ Bryan Edgar Buenaventura*
Bryan Edgar Buenaventura, Trial Attorney
Florida Bar No.:  1022175
United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801

Timberlake Federal Annex Building
501 E. Polk St., Suite 1200
Tampa, FL 33602
Telephone No.: (407) 648-6070
Mobile No.: (202) 934-4063
Facsimile No.: (407) 648-6323
E-mail: Bryan.Buenaventura@usdoj.gov