**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |

Chapter 11 – Jointly Administered

Debtors.
_____/

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

ANDRE SCHOFIELD ("Movant") by his undersigned attorney, moves pursuant to 11 U.S.C. §362(d) and Fed R. Bankr. P. 4001(a) for relief from the automatic stay to permit him to proceed with a personal injury claim against the Debtor pending in the Circuit Court of St. Lucie County, Florida. As grounds therefore, the Movant alleges as follows:

1. On November 14, 2023, the Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On December 20, 2018, a date prior to the filing of the bankruptcy petition, Movant claims that he was injured when he slipped and fell in a store owned by the Debtor STANDARD GROUP OF SPACE COAST, LLC.

3. Movants alleges that the Debtor was negligent in the operation and or maintenance of Debtor's store premises which allegedly caused injury to the Plaintiffs.

4. As a direct and proximate result of the Debtor's alleged negligence, the Movant alleges he suffered severe and permanent bodily injury resulting in pain and suffering, disability, disfigurement, aggravation of a pre-existing condition, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and other economic damages. As alleged by Movant, these losses are either permanent or continuing in nature and the Movants alleges will suffer these losses in the future.

5. As a consequence, Movant asserts he is a creditor of the bankruptcy estate.

6. Soley to the extent necessary. the Movant desires to continue prosecuting a pending civil action nominally against t the Debtor for the purpose of liquidating his claims, to the extent it is necessary to recover against any applicable insurance policy, up to the limits Debtor's applicable

liability insurance will cover. The claim is pending in St. Lucie County Circuit Court under case no.: 562020CA000745AXXXHC (the "State Court Action").

7. If the Movant obtains a judgment against the insurer or proceeds of available insurance, including any bad faith claims the Movant may have against the insurance carrier or carriers, Movant will not seek any recovery from the above captioned Debtors or their successors, property of the above captioned Debtors, or property of their respective estates.

8. The foregoing constitutes "cause" within the meaning of Sectio 362(d)(1) of the Bankruptcy Code to modify the automatic stay to permit the Movant to take those steps described in the proceeding paragraphs.

9. Counsel has conferred with counsel for the Debtor concerning the relief sought in this Motion and the above captioned Debtors do not object to the entry of the Order attached hereto as Exhibit A reflecting the limited relief sought.

**WHEREFORE,** the Movant prays that the court grant his motion and enter an Order for Relief from the Automatic Stay to permit Movant to continue to pursue his State Court Action against the Debor up to the limits of Debtor's liability insurance attached hereto as **Exhibit A** and for such other and further relief as is just and proper.

Respectfully Submitted,

**ANIDJAR & LEVINE, P.A.**
Attorney for the Movants
300 SE 17th Street
Fort Lauderdale, FL 33316
Telephone 954-525-0050
Facsimile  954-525-0020
llevine@anl-law.com

By:    /s/  Lawrence A. Levine, Esq
          Lawernce A. Levine
          Florida Bar No.: 193185

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service on February 8, 2024 and via First Class U.S. Mail on all counsel of record in the Case No. 562020CA000745AXXXHC pending in the Circuit Court in and for St. Lucie County Florida, as indicated below:

**ANIDJAR & LEVINE, P.A.**

Attorney for the Movants
300 SE 17th Street
Fort Lauderdale, FL 33316
Telephone 954-525-0050
Facsimile  954-525-0020
llevine@anl-law.com

By:    /s/  Lawrence A. Levine, Esq
         Lawernce A. Levine
         Florida Bar No.: 193185

---

**Service List by First class U.S. Mail:**

VERNIS & BOWLING OF PALM BEACH, P.A.
884 U.S. Highway One
North Palm Beach, Florida 33408
Telephone: (561) 775-9822
Fax: (561) 775-9821
Natsha Coyle
Attorney for Defendant