**ORDERED.**

Dated: February 09, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |

    Debtors.
_____/

Chapter 11 – Jointly Administered

### ORDER GRANTING DEBTORS'
### MOTION TO SUPPLEMENT CRITICAL VENDOR ORDER
### (DOC. NO. 166)

THIS MATTER came before the Court for consideration without a hearing upon the Debtors' Motion to Supplement Critical Vendor Order (Doc. No. 166) ("**Motion**") filed by SBG Burger Opco LLC ("**SBG Burger**"); Starboard Group of Space Coast, LLC ("**SBG Space Coast**"); Starboard Group of Southeast Florida, LLC ("**SBG Southeast**"); Starboard Group of Tampa, LLC ("**SBG Tampa**"); Starboard Group of Tampa, II, LLC ("**SBG Tampa II**"); Starboard

Group of Alabama, LLC ("**SBG Alabama**"); Starboard with Cheese, LLC ("**SBG Cheese**"); 7 S&M Foods, LLC ("**7SMF**"); 9 S&M Foods, LLC ("**9SMF**"); and 10 S&M Foods, LLC ("**10SMF**") (collectively the "**Debtors**").  After review of the Motion, noting the consent of City National Bank, lack of objection of the Official Committee of Unsecured Creditors,  review of the record, and being otherwise duly advised in the premises, it is

**ORDERED THAT**:

**1.** The Motion is **GRANTED** as set forth below:

**2.** The amount of pre-petition obligations the Debtors are authorized, but not required, to pay to Turano pursuant to the Court's Order Granting Debtors' Emergency Motion to Pay Critical Vendors (Doc. No. 58) is increased by $17,548.60 to the total amount of $50,048.60.

###

Adam Gilbert is directed to serve a copy of this Order on those interested parties who are entitled to receive service and who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.